GEORGIA RAILROAD AND BANKING COMPANY *v.* NEWMEYER.

COBB, J. No error of law was complained of; and as there was at least some evidence which would have authorized a finding for the plaintiff, the Supreme Court will not disturb a judgment refusing to set aside a second verdict in favor of the plaintiff.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted June 28, — Decided August 5, 1905.

Action for damages. Before Judge Roan. DeKalb superior court. November 12, 1904.

*Joseph B. & Bryan Cumming* and *M. A. Candler,* for plaintiff in error.

*Arnold & Arnold* and *L. B. Norton,* contra.